IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TERESA MAGUIRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 5:19-cv-258-OLG |
| C-STORE OF USA, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER APPROVING CONSENT DECREE AND
## DISMISSAL OF DEFENDANTS WITH PREJUDICE

THIS CAUSE is before the Court on the Parties' Unopposed Motion to Approve Consent Decree and Dismiss Defendants with Prejudice. The Court has carefully considered the Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit "1", and is otherwise fully advised in this matter.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Unopposed Motion to Approve Consent Decree and Dismiss Defendant with Prejudice is hereby GRANTED.

2. The Court hereby APPROVES the Consent Decree, Defendant, C-STORE OF USA, INC. are hereby DISMISSED WITH PREJUDICE.

3. The Court Retains jurisdiction to enforce the Consent Decree.

4. Each party to bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

5. All pending motions are hereby denied as moot.

6.      This case is CLOSED.

DONE AND SIGNED in Chambers, at San Antonio, Texas this ____ day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF TEXAS,
SAN ANTONIO DIVISION

Copies furnished to:

Dennis R. Kurz, Attorney for Plaintiff
Kurz Law Group, LLC
4355 Cobb Parkway, Suite J-285
Atlanta, GA 30339
dennis@kurzlawgroup.com

Simon Tan, Attorney for Defendant
SON & TAN, LLP
7005 Chase Oaks Boulevard
Suite 180
Plano, Texas 75025
simontan@sontanlaw.com